Osman M. Taher, Esq. (State Bar No. 272441)
**TAHER LAW FIRM**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
info@taherlawfirm.com

Attorney for Plaintiff
ANTHONY BOUYER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAADT SHERMAN WAY LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-10433-SB-PLA<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: November 13, 2020<br><br>Trial Date: None Set |

    The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

NOTICE OF SETTLEMENT

| | |
|---|---|
| Dated: December 11, 2020 | **TAHER LAW FIRM** |
| | By: <u>/s/ Osman M. Taher, Esq.</u><br>Osman M. Taher, Esq.<br>Attorney for Plaintiff<br>Anthony Bouyer |

NOTICE OF SETTLEMENT