FILED
CLERK, U.S. DISTRICT COURT

December 14, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VPC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAADT SHERMAN WAY LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants | Case No.: 2:20-cv-10433-SB-PLA<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

　　　The parties filed a notice of settlement on December 11, 2020.

　　　IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on January 29, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by January 22, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date.

　　　IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

DATED: December 14, 2020

_____
Stanley Blumenfeld, Jr.
United States District Judge